# United States District Court, Northern District of Illinois

| Name of Assigned Judge Or Magistrate Judge | | Sitting Judge if other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 09-CR-00383 | **DATE** | April 05, 2023 |
| **CASE TITLE** | U.S. V. IVAN ARCHIVALDO GUZMAN SALAZAR, ET AL | | |

**FILED**
APR 05 2023 SMB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNDER SEAL

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for the SPECIAL OCTOBER 2022 Session, a quorum being present, returns the above entitled Indictment in open Court this date before Judge or Magistrate Judge ___Maria Valdez___

TO ISSUE BENCH WARRANTS. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO IVAN ARCHIVALDO GUZMAN SALAZAR, JESUS ALFREDO GUZMAN SALAZAR, AND JOAQUIN GUZMAN LOPEZ.

THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, AND THE DOCKET NUMBER ASSIGNED TO THIS CASE IN ORDER TO EXPEDITE THE ARRAIGNMENT OF THE ARRESTED DEFENDANTS.

PRIOR TO SEALING, THE GOVERNMENT REQUESTS THAT THREE (3) COPIES OF THE ARREST WARRANTS BE PROVIDED TO ASSISTANT U.S. ATTORNEY ERIKA CSICSILA (ERIKA.CSICSILA@USDOJ.GOV) AND TO FBI SPECIAL AGENT ERIC MCGUIRE (ESMCGUIRE@FBI.GOV) IN ORDER TO EXECUTE THE ARREST OF THE DEFENDANTS.

THIS INFORMATION IS TO REMAIN SEALED UNTIL THE ARREST OF THE DESIGNATED DEFENDANTS, IVAN ARCHIVALDO GUZMAN SALAZAR, JESUS ALFREDO GUZMAN SALAZAR, AND JOAQUIN GUZMAN LOPEZ, OR UNTIL FURTHER ORDER OF THE COURT.

_Maria Valdez_
SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE           (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials: _dl_

Page 1 of 1